# IN THE SUPREME COURT OF THE STATE OF NEVADA

OMNI FAMILY LIMITED
PARTNERSHIP, A NEVADA LIMITED
PARTNERSHIP,

Appellant,

vs.

LUBAWY & ASSOCIATES, INC., A
NEVADA CORPORATION; MATTHEW
J. LUBAWY, INDIVIDUALLY; AND
CHRIS C. LAUGER, INDIVIDUALLY,

Respondents.

No. 78108

FILED

JUL 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Adriana Escobar, District Judge
Ara H. Shirinian, Settlement Judge
Brian K. Berman
Fennemore Craig, P.C./Phoenix
Fennemore Craig P.C./Reno
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-29046